# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1940
_____

THEODORE J. THOMPSON,

Appellant,

v.

MICHAEL A. ADKINSON, Sheriff,

Appellee.

_____

On appeal from the Circuit Court for Walton County.
David Walker Green, Judge.

April 10, 2024

PER CURIAM.

DISMISSED. *Raysor v. Raysor*, 706 So. 2d 400, 401 (Fla. 1st DCA 1998).

ROWE, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Theodore J. Thompson, pro se, Appellant.

No appearance for Appellee.